**Exhibit A to the Complaint**

**Location:** Rochester, NY  **IP Address:** 66.66.165.243
**Total Works Infringed:** 60  **ISP:** Spectrum

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | 1C9EF4F47C9DF31FC3FCBF658C0B811B1899F89C | Blacked Raw | 07/07/2018 03:46:22 | 07/01/2018 | 07/26/2018 | PA0002112161 |
| 2 | 0E375E71C9D654DC32B3C699D52FDDEC6945209E | Tushy | 05/29/2018 22:17:23 | 04/01/2018 | 04/07/2018 | 16490950302 |
| 3 | 0F4CB5BFE31D785D0469C73F83F7CEB7AF0E1F9B | Blacked | 01/29/2018 22:32:27 | 11/06/2017 | 11/27/2017 | PA0002097974 |
| 4 | 1096CDDF4898046E37BF746EF1CBCCE9F23F5411 | Tushy | 05/29/2018 22:20:17 | 03/12/2018 | 04/07/2018 | 16490992492 |
| 5 | 1119259CCABB1B1FD9EB4822E17BE0340784DD1C | Tushy | 06/10/2017 20:24:15 | 06/10/2017 | 07/07/2017 | PA0002074096 |
| 6 | 15767B4CF1BDB5ADD8DC3544393A9C265AFAA5B5 | Blacked | 01/29/2018 21:44:22 | 12/16/2017 | 01/24/2018 | PA0002101762 |
| 7 | 1599CED02D519518E1754D297DDBF740598824FF | Blacked | 01/31/2018 19:08:39 | 01/30/2018 | 03/01/2018 | PA0002079186 |
| 8 | 1B24E0AF2319CFA74E0E5D3377606D4281E49C06 | Tushy | 07/19/2017 23:59:35 | 07/05/2017 | 07/06/2017 | PA0002041555 |
| 9 | 1E67DE039B64675913542CB2412BE54790434246 | Blacked | 11/14/2017 00:29:05 | 04/10/2017 | 06/15/2017 | PA0002037582 |
| 10 | 1ED7894C730F91D284F9451A87ECDC8F5187BF50 | Blacked Raw | 05/16/2018 00:28:42 | 05/12/2018 | 05/24/2018 | PA0002101380 |
| 11 | 22883186DAB5FCA92C8513AD939652BCB867FD5C | Tushy | 08/21/2017 03:33:53 | 08/19/2017 | 10/10/2017 | PA0002086140 |
| 12 | 28F94F30A942C1A433243BEF5077E036528DDAF8 | Blacked Raw | 11/27/2017 01:11:04 | 11/08/2017 | 12/04/2017 | PA0002097993 |
| 13 | 2BD29F8D69BA9A390B2B1A0C4F97FE6089BD9E44 | Tushy | 01/18/2018 20:00:07 | 01/11/2018 | 01/24/2018 | PA0002101766 |
| 14 | 2E72092B0B63BE9DDE5FCE742CB522B62857ABCA | Tushy | 05/29/2018 22:15:41 | 03/22/2018 | 04/07/2018 | 16490950860 |
| 15 | 31EF59E9D5E66FB4FF59BFFE051E98CB6C595DCB | Tushy | 05/29/2018 22:01:27 | 05/06/2018 | 05/19/2018 | 16665887739 |
| 16 | 3536507E3B6853879478882B049F4B3D61BDC807 | Vixen | 01/29/2018 20:04:28 | 01/29/2018 | 03/02/2018 | PA0002104878 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 3C109B5928289FD0855824AB59FDCD825AE3DE52 | Vixen | 06/03/2018 15:26:25 | 05/09/2018 | 05/19/2018 | 16665888184 |
| 18 | 3FDDAD4FDEBBB4276CCD1FBD4E2B014410AD2686 | Tushy | 09/18/2017 19:50:23 | 09/18/2017 | 10/09/2017 | PA0002086139 |
| 19 | 4115D198C63F2D2B404683A322CB0A5A37E151B2 | Tushy | 07/19/2017 23:59:36 | 07/10/2017 | 08/18/2017 | PA0002077678 |
| 20 | 435ACBFEE6F7D35AEB73DBED1A165D6A9121AAEB | Blacked | 01/29/2018 21:55:09 | 11/21/2017 | 01/04/2018 | PA0002069353 |
| 21 | 464AB452DA8258FA23BA74830F0D57EE7CA518C5 | Tushy | 08/29/2017 00:44:31 | 08/24/2017 | 09/15/2017 | PA0002052837 |
| 22 | 4C0A6860372B31EAD5CF0A781499B0EE7BDF31AD | Tushy | 01/29/2018 20:04:20 | 01/21/2018 | 02/20/2018 | PA0002104191 |
| 23 | 4CB998506766F8F138B2C5042D4A5355D70B229D | Blacked Raw | 11/27/2017 02:40:20 | 10/24/2017 | 11/30/2017 | PA0002098011 |
| 24 | 4FF62836FC3C509617EE5DE7658EAABE045C0BA1 | Tushy | 09/18/2017 22:56:48 | 09/13/2017 | 10/10/2017 | PA0002086153 |
| 25 | 50695CA5EE1305B9C0BBAC9EA59EFA32A8357593 | Vixen | 06/26/2018 23:20:18 | 06/18/2018 | 06/30/2018 | 16758569382 |
| 26 | 56BB70E2C34826294614E489DD23500BD0D18C66 | Tushy | 05/21/2017 21:43:15 | 05/21/2017 | 06/22/2017 | PA0002039282 |
| 27 | 5B1F17D1471204648826D120F6E497D42524C839 | Vixen | 06/03/2018 15:25:31 | 05/04/2018 | 05/19/2018 | 16665915546 |
| 28 | 65CF8DA2D031F334F39B20014B15DA107B9EAA15 | Blacked | 01/29/2018 22:21:35 | 08/08/2017 | 08/18/2017 | PA0002077679 |
| 29 | 671DDFBC666A9FFA0E88AB3B20AB945C9AB2FF25 | Tushy | 07/07/2018 02:32:17 | 07/05/2018 | 07/15/2018 | 16822146372 |
| 30 | 6A06C1EEFFB2743219C56954297DE349D9DCF511 | Vixen | 01/29/2018 20:54:23 | 12/15/2017 | 01/24/2018 | PA0002101764 |
| 31 | 71E3A2888C2DB58BBCE9353A68D2FF80359E304A | Blacked | 01/29/2018 21:36:15 | 06/29/2017 | 07/07/2017 | PA0002070821 |
| 32 | 75AD24907D2F6CE8FF3319C4009AD77A7C2B6A45 | Tushy | 05/22/2017 02:18:47 | 05/16/2017 | 06/22/2017 | PA0002039300 |
| 33 | 832332A75E180F1D654F95E3000788D946ACEB22 | Tushy | 08/10/2017 23:41:04 | 07/25/2017 | 08/11/2017 | PA0002046870 |
| 34 | 8AA59DD6D888578A9CE7D4E6620DA0E5645B44D3 | Tushy | 08/10/2017 23:19:41 | 07/20/2017 | 08/11/2017 | PA0002046869 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 35 | 8E068FA6833C6915C10A2A2B52B68CEA5E01459A | Tushy | 02/15/2018 22:24:15 | 02/15/2018 | 03/02/2018 | PA0002104881 |
| 36 | 933264A7E1BE372770286D56E1E2640F4BE36D81 | Tushy | 01/11/2018 00:25:48 | 12/22/2017 | 01/23/2018 | PA0002101752 |
| 37 | 9356BA17D935A4CDD272A81B44F98048CCC62B2A | Tushy | 05/22/2017 02:20:40 | 04/26/2017 | 06/15/2017 | PA0002037565 |
| 38 | 98F09643766D5D561E986EFEB5BBA4F6BE98517E | Tushy | 06/26/2018 23:14:51 | 06/25/2018 | 07/15/2018 | 16822264279 |
| 39 | A1B3AA2B54E6D2E2175AA655B32E670F439BC91A | Tushy | 08/10/2017 23:09:31 | 07/30/2017 | 08/11/2017 | PA0002075051 |
| 40 | A557EDF2332885E53217D1CE69239C6C4FDCEBD1 | Vixen | 07/07/2018 02:36:29 | 06/28/2018 | 07/26/2018 | PA0002112159 |
| 41 | A5DAB5C75BEE5E7712B44AB312CC175F0E036C7B | Blacked | 01/29/2018 22:10:44 | 09/17/2017 | 10/10/2017 | PA0002086174 |
| 42 | B3DEFD5D9E8F8B3502CA29CFC04F8BA5ED6C6811 | Vixen | 06/03/2018 15:28:14 | 05/24/2018 | 06/30/2018 | 16755462372 |
| 43 | B630489F04C8118DAEF61613C751E2E19BBBB8C8 | Tushy | 01/11/2018 00:27:36 | 01/01/2018 | 01/22/2018 | PA0002101767 |
| 44 | BD633D05743A426AA5861AB650B812AD46D13FEC | Blacked Raw | 11/27/2017 01:42:11 | 11/18/2017 | 01/02/2018 | PA0002068867 |
| 45 | C4705CDBE06284FCCC4E7C0AFA85554E5CE10645 | Tushy | 04/26/2018 00:55:41 | 04/06/2018 | 05/19/2018 | 16665915351 |
| 46 | C5A39ED1FD792604E2662A8ACCFA82F81B8BBFFD | Tushy | 08/10/2017 23:06:52 | 08/09/2017 | 08/17/2017 | PA0002077673 |
| 47 | CCE9FA128205198C6A014556AFF4DC9D7866B695 | Tushy | 04/19/2018 00:26:03 | 04/16/2018 | 05/19/2018 | 16665915932 |
| 48 | CF7373B976BF078DBB9CE0871213D8469D84358D | Tushy | 10/14/2017 17:39:50 | 10/03/2017 | 10/10/2017 | PA0002086147 |
| 49 | CFEBC9AE50CD5776401B39FF5FF280EB18AED998 | Vixen | 06/03/2018 15:42:25 | 05/14/2018 | 05/19/2018 | 16665915595 |
| 50 | D1FC96E10BA7748B5EB03C8BF0B6C39397B9979F | Tushy | 11/27/2017 00:57:04 | 11/02/2017 | 12/05/2017 | PA0002098020 |
| 51 | D3FAF71F358B37710684388E75AC476CF04945AF | Blacked | 01/29/2018 22:06:46 | 01/10/2018 | 01/15/2018 | PA0002070942 |
| 52 | D574EAE80FF935CA2A14B2E7AFB368C4E8ABBDEE | Tushy | 05/22/2017 02:19:44 | 05/06/2017 | 06/16/2017 | PA0002069288 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 53 | E272AF63D15A4277BF857E93B225717C76F3DA9D | Tushy | 05/22/2017 02:18:24 | 05/11/2017 | 06/22/2017 | PA0002039286 |
| 54 | E2E738A023ED0C5032A028D5D3AC7DB55D80DDC7 | Vixen | 07/07/2018 02:41:40 | 11/20/2017 | 01/04/2018 | PA0002069354 |
| 55 | E3EDEB068EFEC672F08F6D1B0A91619FCC9E5C53 | Tushy | 06/23/2017 00:49:02 | 06/20/2017 | 07/07/2017 | PA0002070816 |
| 56 | E94776FBF1B10CC73B389F9B988A63B079E5E262 | Tushy | 06/06/2017 00:48:19 | 06/05/2017 | 07/07/2017 | PA0002074097 |
| 57 | EB7AE91B0DD3565F29908CB6FB8ED993D709A162 | Blacked | 10/24/2017 15:05:27 | 07/14/2017 | 08/11/2017 | PA0002046878 |
| 58 | EDC4EC63DB0A21B5CD9D8A9A3527501C8140695E | Tushy | 05/30/2017 02:24:54 | 05/26/2017 | 06/22/2017 | PA0002039288 |
| 59 | F011B5C1E76C5CD712DADA5DF9CE66184EAA72B2 | Blacked | 01/29/2018 22:07:53 | 10/17/2017 | 11/27/2017 | PA0002097981 |
| 60 | FC6C3F4348C53D3DC1DDD5949FAF4EB3399C6363 | Tushy | 05/29/2018 22:04:35 | 05/11/2018 | 05/24/2018 | PA0002101379 |